(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

Samuel Lee Smith Jr
_____
Plaintiff(s)

v.

MDPD
_____
_____
_____
Defendant(s)

Discrimination / Harassment
(TITLE OF DOCUMENT)

I, Samuel Lee Smith Jr  plaintiff or defendant, in the above styled cause,

I was at Westminster Christian School on December 13 2017 inquiring information about school ground 11:15 am. After leaving the admissions office approached me on foot and made a slick remark, unethical behavior of public authority a regarding me needing a new rim. I replied what does it matter about your opinion and it shouldn't a car is a car. As I exited the school I made a right heading west on 152nd street before I reached the old cutler light I notice that same officer behind me in his patrol car. It was a red light. When the light turned green and I proceeded to go west on 152nd he was still behind me he U turned between Old Cutler and SW 73 ct.

(Rev. 10/2002) General Document

**Certificate of Service**

I _Samuel   Smith_____, certify that on this date __1/30/18___ a true copy

of the foregoing document was mailed to: _____

name(s) and address(es)

_____

_____

By: _____

_____        _____
Printed or typed name of Filer              Signature of Filer

_____        _____
Florida Bar Number                         E-mail address

_____        _____
Phone Number                               Facsimile Number

_____
Street Address

_____
City, State, Zip Code